IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH A. ABRAHAM, | ) |
| Plaintiff, | ) |
| vs. | ) 2:12-cv-00320-GLL |
| HIGHMARK, INC., a Pennsylvania Corporation, and KEYSTONE HEALTH PLAN WEST, INC., a Pennsylvania Corporation, | ) |
| Defendants. | ) |

**STIPULATION TO DISCONTINUE WITH PREJUDICE**

AND NOW, come the Plaintiff, Joseph A. Abraham, by his attorney, Daniel P. McDyer and Defendants, Highmark, Inc., et. al. by their attorney, Kenneth S. Kornacki and do stipulate and agree that this lawsuit having been settled, the court docket shall be marked settled and discontinued with prejudice.

So Stipulated:

Metz Lewis Brodman Must O'Keefe, LLC          Anstandig, McDyer & Yurcon, P. C.

BY: s/Kenneth S. Kornacki                    BY: S/Daniel P. McDyer
    Kenneth S. Kornacki, Esquire                 Daniel P. McDyer, Esquire
    Counsel for Defendants                       Counsel for Plaintiff

**ORDER**

AND NOW, this 9th day of November, 2012, it is so ORDERED.

_____
UNITED STATES DISTRICT JUDGE